JS-6

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
 Social Security Administration
 160 Spear St., Suite 800
 San Francisco, CA  94105
 Telephone: (415) 977-8982
 Facsimile: (415) 744-0134
 Email: Timothy.Bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID YEUNG, | ) No. 5:20-cv-02173-ADS |
| | ) |
| Plaintiff, | ) **JUDGMENT OF REMAND** |
| | ) |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

 The Court having approved the parties' Stipulation to Voluntary Remand
Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
("Stipulation to Remand") lodged concurrent with the lodging of the within

-1-

1   Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

2   **DECREED** that the above-captioned action is remanded to the Commissioner of

3   Social Security for further proceedings consistent with the Stipulation to Remand.

4

5   DATED:   2/8/2022                    /s/ Autumn D  Spaeth

6                                                   HON. AUTUMN D. SPAETH
                                                     UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28